NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SECRETARY OF THE AIR FORCE,**
*Appellant*

v.

**LOCKHEED MARTIN AERONAUTICS COMPANY,**
*Appellee*

---

2024-2259

---

Appeal from the Armed Services Board of Contract Appeals in No. 62209, Administrative Judge Reba Page.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2          SECRETARY OF THE AIR FORCE V. LOCKHEED MARTIN
                          AERONAUTICS COMPANY

(2)  Each side shall bear their own costs.

FOR THE COURT

December 18, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** December 18, 2024